C. Alex Naegele (SBN 255887)
C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone:(408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

Attorney for Plaintiff and Appellant
CHRISTOPHER MICHAEL COTE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 14-cv-05413-RMW |
| CHRISTOPHER MICHAEL COTE | Bankruptcy Case No. 12-53464-SLJ |
| Debtor. | Chapter 7 |
| | Adversary Proceeding No. 13-05078 |
| CHRISTOPHER MICHAEL COTE | |
| Plaintiff and Appellant, | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| v. | |
| EMPLOYMENT DEVELOPMENT DEPARTMENT, | |
| Defendant and Appellee. | |

Plaintiff and Appellant Christopher Michael Cote ("Appellant") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment (the "Judgment") and order ("Order") of the district court for the Northern District of California, entered in this case on September 30, 2015. A true and correct copy of the Judgment and Order are attached hereto as Exhibits A and B.

NOTICE OF APPEAL - 1

The parties to the Judgment and Order being appealed from and the names and addresses of the respective attorneys are as follows:

C. Alex Naegele (SBN 255887)
C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone:(408) 995-3224
**Attorney for Plaintiff/Appellant**
**Christopher Michael Cote**

Christopher Michael Cote
1515 Welburn Ave
Gilroy, CA, 95020
**Plaintiff/Appellant**

Karen Yiu (SBN 230710)
CALIFORNIA ATTORNEY GENERAL'S OFFICE
455 Golden Gate Ave. #11000
San Francisco, CA, 94102
Telelphone: (415) 703-5385
**Counsel for Defendant/Appellee**
**Employment Development Department**

Employment Development Department
Bankruptcy Unit – MIC 92E
P.O. Box 826880
Sacramento, CA, 94280
**Defendant/Appellee**

Dated: October 14, 2015

C. ALEX NAEGELE,
A PROFESSIONAL LAW CORPORATION

By: /s/ C. Alex Naegele
C. ALEX NAEGELE, ESQ.
CA. Bar No. 255887
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone:(408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

*Attorney for Appellant*
CHRISTOPHER MICHAEL COTE

NOTICE OF APPEAL - 2